# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TROY HENAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE ELEVANCE HEALTH COMPANIES, INC.<br><br>    Defendant. | Civil Action No.<br>1:24-CV-03918-MHC-WEJ<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically served *Plaintiff's First Initial Disclosures* on Defendant's counsel of record.

Respectfully submitted, this 12th day of November, 2024.

**The Worker's Firm, LLC**
*/s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504
Douglas R. McMillan
Georgia Bar No. 621646

The Workers' Firm, LLC
2 20th St., North, Suite 900
Birmingham, Alabama 35203

10